■ In the Matter of THOMAS SINACORE, Doing Business as PINE LIQUORS, Respondent, v. NEW YORK STATE LIQUOR AUTHORITY, Appellant, et al., Respondents. —

**1128**

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.